**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
JEFFREY C. ARNOLD, ESQ. (SBN 307748)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff,
*Sacramento Gun Club, LLC.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO GUN CLUB, LLC. <br><br> Plaintiff, <br><br> v. <br><br> ANATOLIAN ARMS LLC, a Missouri Limited Liability Company; WILLIAM MICHAEL JOHNSON, an individual; and DOES 1-25, <br><br> Defendants. | Case No.: 2:20-cv-02447 KJM DB <br><br> **AMENDED STIPULATION FOR ENTRY OF JUDGMENT; ORDER FOR ENTRY OF JUDGMENT** <br><br> DATE: <br> TIME: <br> DEPT: <br> Magistrate <br><br> Complaint Filed: December 10, 2020 <br> Trial Date: None |

On November 8, 2021 Plaintiff filed Stipulation for Entry of Judgment; Order for Entry of Judgment, which inadvertently lacked the below referenced Exhibit "A". Plaintiff now files the Amended Stipulation for Entry of Judgment; Order for Entry of Judgment with the correct Exhibit "A".

On June 25, 2021, this Court granted Defendants' motion to compel arbitration and stayed this case pending completion of arbitration. On November 8, 2021, a stipulated Arbitration Award was signed by Hon. Edward C. Moss of the American Arbitration Association. The parties now jointly request this Court to lift the stay in this matter, stipulate to the confirmation of the Arbitration

**AMENDED STIPULATION FOR ENTRY OF JUDGMENT; ORDER FOR ENTRY OF JUDGMENT**

Award, which is attached hereto as Exhibit A, and request entry of judgment by this Court in accordance with such award. The parties further stipulate as follows:

1. The Court has jurisdiction of the subject matter of this action and of the Plaintiff and the Defendants.
2. This judgment shall operate as a full and final resolution of all claims in this case.
3. Plaintiff is entitled to a monetary judgment against Anatolian Arms, LLC in the amount of $339,364.92, as provided by the Arbitration Award.
4. The Court shall retain jurisdiction of this matter for purposes of enforcing the judgment and proceedings related thereto.

**IT IS SO STIPULATED.**

DATED: November 7, 2021                              **PETERSON WATTS LAW GROUP, LLP**

                                                     By:_____/s/ GLENN W. PETERSON_____
                                                             GLENN W. PETERSON

                                                     Attorneys for Plaintiff,
                                                     *Sacramento Gun Club, LLC*

DATED: November 7, 2021                              **OBERHEIDEN, P.C.**

                                                     By:_____/s/ PAUL P. STRICKLAND_____
                                                             PAUL P. STRICKLAND

                                                     Attorneys for Defendants

**ORDER FOR ENTRY OF JUDGMENT**

The court approves the parties' stipulation; however, the court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' arbitration award.  *See Bd. of Trustees of Carpenters Health & Welfare Tr. Fund for California v. Cruz*, No. 08-01067, 2008 WL 11518471, at *7 (N.D. Cal. July 28, 2008), *report and recommendation adopted*, No. 08-1067 CW, 2008 WL 11518470 (N.D. Cal. Aug. 13, 2008).  Judgment is entered.  The Clerk is directed to enter judgment.

DATED:  December 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE