## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SACRAMENTO GUN CLUB, LLC,**

CASE NO: **2:20−CV−02447−KJM−DB**

v.

**ANATOLIAN ARMS LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/06/21**

**Keith Holland**
Clerk of Court

ENTERED: **December 6, 2021**

by: /s/ A. Benson
Deputy Clerk